# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:09-cr-00287-RCJ-GWF |
| vs. ) | |
| ) | |
| TEDDY MCDOWELL, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

A grand jury indicted Defendant Teddy McDowell on one count of failure to register as a sex offender under 18 U.S.C. § 2250(a). After pleading not guilty at his arraignment, Defendant changed his plea to guilty, and the Court sentenced him to fifteen months imprisonment, to run concurrently with a sentence imposed by the State of Illinois, and to be followed by ten years of supervised release. The Court later revoked Defendant's supervised release finding that Defendant had violated its terms by committing another crime and failing to complete sex offender treatment. The Court sentenced Defendant to time served and a new ten-year period of supervised release. The Court later revoked supervised release again after Defendant violated its terms in seven ways. The Court sentenced Defendant to ten months imprisonment, to be followed by nine years and two months of supervised release.

Defendant has filed a motion *in pro se*, asking the Court to adjudicate any and all remaining charges against him. The motion is denied, as there are no charges pending in the

present case. Defendant has been adjudicated guilty of the single charge brought against him in this case. The Court also notes that Defendant may have misaddressed the present Motion. The Motion indicates that Defendant does not know the proper case number, and the caption of the Motion indicates it is intended for the Eighth Judicial District Court, i.e., the Nevada state trial court in Washoe County.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion (ECF No. 61) is DENIED.

IT IS SO ORDERED.

Dated this 30th day of August, 2013.

_____
ROBERT C. JONES
United States District Judge